opinion filed June 14, 1948; released for publication June 28, 1948. Benjamin S. Adamowski, Corporation Counsel, for appellant; L. Louis Karton, Head of Appeals and Review Division and Sydney R. Drebin, Assistant Corporation Counsel, of counsel; Finn & Fitzpatrick and Louis Dunn, for appellee. Opinion by PRESIDING JUSTICE NIEMEYER. Not to be published in full.

## Sarah Whittaker, Appellant, v. Chicago Motor Coach Company and E. N. Reinhardt, Appellees.

### Gen. No. 44,307.

opinion filed June 14, 1948; released for publication June 28, 1948. James A. Dooley, for appellant; Barrett, Barrett, Costello & Barrett, for certain appellee; John W. Costello, of counsel; Heth, Lister & Flynn, for certain other appellee; John C. Menk, of counsel. Opinion by JUSTICE FEINBERG. Not to be published in full.